FILED
CLERK, U.S. DISTRICT COURT

NOV 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TIMOTHY AKERS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent. | No. CV 07-7195-GHK (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 11/23/08

　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE